IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

Amilcar Miranda, )
*aka Amilcar Miranda Valentin*, )
) C/A No. 6:12-1649-TMC
Plaintiff, )
)
v. ) **ORDER**
)
Rockwell Medical Tech Inc.; Daniel )
Baker; Kimberly Gregorio, )
)
Defendants. )
_____ )

Plaintiff, proceeding pro se and *in forma pauperis*, filed this action June 14, 2012.
(Dkt. # 1). This matter is before the court for review of the Report and Recommendation
of the United States Magistrate Judge Kevin F. McDonald made in accordance with 28
U.S.C. § 636(b)(1) and Local Civil Rule 73.02 for the District of South Carolina.

The Magistrate Judge makes only a recommendation to this court. The
recommendation has no presumptive weight. The responsibility to make a final
determination remains with this court. *See Mathews v. Weber*, 423 U.S. 261, 270-71
(1976). The court is charged with making a *de novo* determination of those portions of
the Report and Recommendation to which specific objections are made, and the court
may accept, reject, or modify, in whole or in part, the Magistrate Judge's
recommendation or recommit the matter with instructions. *See* 28 U.S.C. § 636(b)(1).

Plaintiff was advised of her right to file objections to the Report and
Recommendation. (Dkt. # 17 at 6). However, Plaintiff filed no objections to the Report
and Recommendation. In the absence of objections to the Magistrate Judge's Report
and Recommendation, this court is not required to provide an explanation for adopting
the recommendation. *See Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983). Rather,
"in the absence of a timely filed objection, a district court need not conduct a de novo

review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'" *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (quoting Fed. R. Civ. P. 72 advisory committee's note).

After a thorough review of the Report and Recommendation and the record in this case, the court adopts the Magistrate Judge's Report and Recommendation (Dkt. # 17) and incorporates it herein. It is therefore **ORDERED** that the Complaint is **DISMISSED** without prejudice and without issuance and service of process.

**IT IS SO ORDERED.**

s/Timothy M. Cain
United States District Judge

Anderson, South Carolina
October 12, 2012

## NOTICE OF RIGHT TO APPEAL

The parties are hereby notified of the right to appeal this order pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure.